# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-3171
LT Case No. 2012-CF-537-A

_____

ALBERT L. MANNING, JR.,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for St. Johns County.
R. Lee Smith, Judge.

Albert L. Manning, Jr., Raiford, pro se.

No Appearance for Appellee.

April 2, 2024

PER CURIAM.

   AFFIRMED.

HARRIS, SOUD and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____